```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ROBERT W. JOHNSON,                                :
                                                  :
                        Plaintiff,                :
                                                  :
            -against-                             :   19-CV-3345 (VEC)
                                                  :
MTA-NEW YORK CITY TRANSIT and MTA                 :   ORDER
CORPORATE OFFICES,                                :
                                                  :
                        Defendants.               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 26, 2020, the Court entered an order adopting Magistrate Judge Lehrburger's Report and Recommendation granting Defendants' motion to dismiss (Dkt. 28);

WHEREAS the Court granted Plaintiff leave to replead his negligence and ADA and Rehabilitation Act claims;

WHEREAS the Court ordered Plaintiff to file his amended complaint not later than September 25, 2020;

WHEREAS on October 6, 2020, after Plaintiff failed to file an amended complaint, the Court ordered Plaintiff to show cause no later than October 27, 2020, why this case should not be dismissed for failure to prosecute; and

WHEREAS as of the date of this order, Plaintiff has failed to respond or otherwise show cause why this case should not be dismissed;

IT IS HEREBY ORDERED that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

The Clerk of Court is respectfully requested to terminate all open motions and close this case. The Clerk of Court is further requested to mail this order to Plaintiff at the following address: Robert W. Johnson, 3345 Fish Avenue, Apt. 1, Bronx, NY 10469.

**SO ORDERED.**

Date: November 2, 2020
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**